```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                   CASE NO. 05 B 01530
    MICHAEL ALEXANDER DABKOVICH
    JANET MARIE DABKOVICH                CHAPTER 13

                                         JUDGE: SUSAN PIERSON SONDERBY
           Debtor
    SSN XXX-XX-8728    SSN XXX-XX-1010

--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 01/18/2005 and was confirmed 03/10/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  21.03% from remaining funds.

     The case was dismissed after confirmation 08/14/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------
A C CREDIT UNION           SECURED            3092.74       321.86        3092.74
FORD MOTOR CREDIT          SECURED           18200.00      1947.24       18200.00
FORD MOTOR CREDIT          UNSECURED          2063.56          .00         219.38
WELLS FARGO MORTGAGE       CURRENT MORTG     44747.09          .00       44747.09
WELLS FARGO MORTGAGE       MORTGAGE ARRE      2200.00          .00        2200.00
ADVOCATE CHRIST MEDICAL    UNSECURED         NOT FILED         .00             .00
ECAST SETTLEMENT CORP      UNSECURED          4082.31          .00         433.98
RESURGENT ACQUISITION LL   UNSECURED           738.67          .00          78.53
RESURGENT ACQUISITION LL   UNSECURED         16529.77          .00        1757.25
CITIFINANCIAL              UNSECURED         NOT FILED         .00             .00
RESURGENT ACQUISITION LL   UNSECURED          8792.75          .00         934.74
EXXON MOBIL                UNSECURED         NOT FILED         .00             .00
ECAST SETTLEMENT CORP      UNSECURED          7294.20          .00         775.43
RADIOLOGY IMAGING CONSUL   UNSECURED         NOT FILED         .00             .00
RADIOLOGY                  NOTICE ONLY       NOT FILED         .00             .00
SEARS ROEBUCK & CO         UNSECURED         NOT FILED         .00             .00
A C CREDIT UNION           SPECIAL CLASS      3355.08          .00        3355.08
CHRIST HOSPITAL            UNSECURED         NOT FILED         .00             .00
CHRIST HOSPITAL            NOTICE ONLY       NOT FILED         .00             .00
ICE MOUNTAIN SPRING WATE   UNSECURED         NOT FILED         .00             .00
RESURGENT ACQUISITION LL   UNSECURED          2048.44          .00         217.76
PETER FRANCIS GERACI       DEBTOR ATTY       2,700.00                    2,700.00
TOM VAUGHN                 TRUSTEE                                       5,015.52
DEBTOR REFUND              REFUND                                        2,367.22

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE             88,363.82

PRIORITY                                         .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 01530 MICHAEL ALEXANDER DABKOVICH & JANET MARIE DABKOVICH
```

```
SECURED                                           68,239.83
    INTEREST                                       2,269.10
UNSECURED                                          7,772.15
ADMINISTRATIVE                                     2,700.00
TRUSTEE COMPENSATION                               5,015.52
DEBTOR REFUND                                      2,367.22
                            ---------------    ---------------
TOTALS                            88,363.82          88,363.82
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 11/20/08                   /s/ Tom Vaughn
                                  _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE